Joshua F. McMahon, Esq.  NJAID# 043282005
**LAW OFFICES OF JOSHUA F. MCMAHON LLC**
123 South Avenue East
Westfield, New Jersey 07090
T: 908-233-4840
F: 908-935-0822
*Attorney for Plaintiff, Carlos Gonzalez,*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CARLOS GONZALEZ, | **CONSENT ORDER GRANTING** |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | **Case No: 18-3765 (JMV)** |
| ELIZABETH POLICE DEPARTMENT, et al. | |
| Defendants. | |

Notice is hereby given that, subject to approval by the court, Carlos Gonzalez, substitutes Joshua F. McMahon, Esq., NJ Attorney ID No: 043282005, of the Law Offices of Joshua F. McMahon, LLC as counsel of record in place of Joshua F. McMahon, Esq. of Schiller McMahon LLC.

Contact information for new counsel is as follows:

Law Offices of Joshua F. McMahon LLC
123 Schiller McMahon Avenue East
Westfield, New Jersey 07090
Phone: (908) 233-4840
Facsimile: (908) 935-0822

I consent to the above substitution.
Date: 7 6.2020

Carlos Gonzalez

I consent to be substituted.

Date: 7.6.2020

/s/ Joshua F. McMahon

Joshua F. McMahon, Esq.
Schiller McMahon LLC

I consent to the above substitution.

Date: 7.6.2020

/s/ Joshua McMahon

Joshua F. McMahon, Esq.
Law Offices of Joshua F. McMahon, LLC

The substitution of attorney is hereby approved and so **ORDERED**.

Date:

Hon.                                    U..S.M.J.